UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAMADOU ALPHA BAH,<br>    Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC.,<br>and ENTERPRISE RENT-A-CAR CO.<br>OF BOSTON, LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 17-12542-MLW<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              September 18, 2018

For the reasons stated in court on September 17, 2018, it is hereby ORDERED that:

1. Enterprise Holdings, Inc.'s ("Enterprise Holdings") Motion to Dismiss Plaintiff's Complaint (Docket No. 24) is ALLOWED. The plaintiff's claims against Enterprise Holdings are dismissed without prejudice.

2. Plaintiff's Motion for the Issuance of Notice Pursuant to §216(b) of the FLSA (Docket No. 5) is, therefore, MOOT.

3. Enterprise Holdings' Motion to File Document Under Seal (Docket No. 28) and Motion for Leave to File Reply in Support of Motion to Seal (Docket No. 38) are ALLOWED.

4. The parties shall, by October 1, 2018, confer and report, jointly if possible but separately if necessary, on whether they have reached an agreement to resolve this case.

5. If they have not resolved this case, plaintiff shall, by October 15, 2018, file an amended complaint or report that he does not intend to do so.

6. If the plaintiff files an amended complaint, the parties shall, by October 26, 2018, confer and report, jointly if possible but separately if necessary, concerning whether Enterprise Holdings intends to answer the amended complaint or move to dismiss it, and/or if the parties agree to conduct limited discovery on the issue of Enterprise Holdings' joint employer status with a view to developing a record for a possible motion for summary judgment on the issue of whether Enterprise Holdings was an employer of the plaintiff under the standard provided in <u>Baystate Alternative Staffing, Inc. v. Herman</u>, 163 F.3d 668, 675 (1st Cir. 1998).

7. A scheduling conference shall be held on November 27, 2018, at 4:00 p.m., to address how this case should proceed. The plaintiff and a representative of each defendant with full settlement authority shall attend the conference.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE