# EXHIBIT 4

TO:             All Region 10FF Assistant Managers

FROM:           Dwayne Walker

DATE:           November 9, 2016

RE:             **Assistant Manager Pay Plan**

Recently, the US Department of Labor revised its regulations that impact the salary requirements for certain exempt employees. We have been reviewing these requirements to ensure our compliance when they become effective on Dec. 1, 2016.

Under the new rule, we have identified changes to your current position. With the new regulations, we are no longer permitted to retain your exempt status while preserving your current pay structure, which includes a profit-based bonus component to reward your performance. In order to preserve your pay structure and the upside it provides you, your position will be reclassified to "non-exempt" effective with the pay period beginning Nov. 27, 2016.

You remain a valuable member of our management team, and we don't expect any changes to your job duties and responsibilities. You will also retain your Level 2 status.

While the transition will require a change in the way your compensation is calculated, our goal is that you will continue to receive the same general level of compensation that is equivalent to your compensation under the current pay plan. Your Area Manager will be meeting with you personally to review the details of your new plan, and will be providing to you an explanatory worksheet. Below is a general description of the changes.

Under the current plan, your compensation is comprised of two primary components: a base salary plus a bonus based upon a percentage of branch profits and/or productivity. Under your new pay plan, your compensation will be comprised of three primary components: a base salary set forth as an hourly rate, overtime pay (including the overtime premium), and a bonus based upon a percentage of branch profits and/or productivity. You will be paid for all hours you work and eligible for overtime pay, in accordance with applicable law. So we can ensure that you are paid for all hours worked, it will be necessary for you to record all time you work in WorkBrain (see the attached memo regarding our timekeeping policies). In addition, you will be entitled to meal and/or rest period breaks permitted under the law of the state you work in.

This decision to reclassify your position is no reflection on your role, your contributions or your performance. As noted earlier, the change is only prompted by the new governmental regulations. We feel this change allows us to continue to provide you with an incentive-based compensation plan based on branch performance while retaining the greatest upside. We value you and your role in helping to manage the branch, direct and train other employees, and improve branch performance.

If you have any questions about your new pay plan, feel free to address them with your Area Manager. Thank you for your continued contributions to our business, and for your patience as we undergo this transition.

# FAQS FOR ASSISTANT BRANCH MANAGERS & STATION MANAGERS

1. **What are these new regulations?**
   Recently, the US Department of Labor revised its regulations that impact the salary threshold required for certain types of exempt employees.

2. **When do these regulations take affect?**
   The new regulations become effective Dec. 1, 2016. As a result, Enterprise Holdings will be implementing changes, effective with the pay period beginning Nov. 27, 2016.

3. **Did the company do something wrong?**
   No. This change is prompted by the new regulations issued by the federal government.

4. **What is the impact of the new regulations?**
   Our goals remain the same – to be compliant with the law and provide employees with a competitive compensation package and profit-based bonus to reward them directly for their efforts. With the new regulations, we are no longer permitted to retain your exempt status while preserving your current pay structure, which includes a profit-based bonus component to reward your performance and impact on your branch's bottom line. In order to preserve your pay structure and the upside it provides you, Assistant Branch Managers will be reclassified to "non-exempt" effective with the pay period beginning Nov. 27, 2016.

   As a non-exempt employee, your new pay plan will be comprised of three primary components: a base salary set forth as an hourly rate, overtime pay, and a bonus that is based upon a percentage of branch profits and/or productivity. You will be paid for all hours worked and you will be eligible for overtime pay (including overtime premium), in accordance with applicable law. To ensure you are paid for all hours worked, you will need to record all time you work in WorkBrain. In addition, you will be entitled to meal and/or rest period breaks, as per our Group policies. While your pay structure will change, it is our goal and expectation that your overall targeted compensation will not change.

   Your Area Manager will be meeting with you personally to review the details of your new compensation plan.

5. **Will this new compensation plan affect my overall upside of my profit-based bonus?**
   Our goal is that you will continue to receive a profit-based bonus in addition to your base pay, and that your target compensation will remain unchanged.

6. **Why didn't you just raise my salary so I remain exempt?**
   Converting this role to non-exempt provides the greatest benefit to our employees by allowing you to retain the maximum upside with the profit-based bonus. The regulations would not allow us to retain your current pay structure and your exempt status. So, while this position may properly be classified as exempt and paid on a salaried basis, we have elected to pay you on an hourly basis, including overtime, so we could retain the current structure of the profit-based bonus and your upside.

7. **Will my compensation change?**
   While our goal is that your overall target compensation will not change, your pay structure will change. Under your new pay plan, your compensation will be comprised of three primary components: a base salary set forth as an hourly rate, overtime pay (including overtime

premium), and a bonus that is based upon a percentage of branch profits and/or productivity. You will be paid for all hours you work and eligible for overtime pay, in accordance with applicable law.

Your Area Manager will be meeting with you personally to review the details of your new compensation plan.

8. **Will my responsibilities change?**
   No. You continue to be a key member of our management team, responsible for assisting with the management of the branch, direction, training and coaching of other employees, and improving overall branch performance.

   Some day-to-day activities may change slightly due to the new non-exempt status, such as logging all hours worked into WorkBrain.

9. **Will I be working more/less hours?**
   The goal is that the overall hours worked will be comparable to your hours worked today.

10. **Will I be entitled to overtime for hours I worked prior to this change?**
    No, because as a salaried exempt employee, your compensation was designed to cover all hours you worked. Your new compensation plan will become effective beginning with the Nov. 27, 2016 pay period. You will begin receiving overtime pay at that time.

11. **Will I remain a Level 2 employee?**
    Yes. This change will have no impact on your level.

12. **Why will I no longer be considered exempt?**
    Under the new regulation, we cannot maintain your exempt status and continue to pay you a profit-based bonus as we have in the past. In order to preserve our current pay structure that includes profit-based bonuses and the upside to you, this change was necessary.

13. **Is there any chance of the regulations being reversed? If so, will my compensation go back to what it was?**
    No. These new regulations are considered final and we have no indication of them being reversed.

14. **When will the compensation changes take effect?**
    The change to your non-exempt status as well as your compensation will go into effect beginning with the Nov. 27, 2016 pay period with a pay date of Dec. 16, 2016.

15. **Will the timing of my paychecks be affected?**
    No. You will continue to be paid on a bi-weekly basis.

16. **How will I know the details of my new compensation plan?**
    Your Area Manager will be meeting with you personally to review the details of your new compensation plan and give you a new pay plan document.

17. **Will this change impact my benefits?**
    No. This will have no impact to your health and retirement benefits.

18. **Will I have to fill out a timecard now? Who will be reviewing and approving my time?**
    Yes. All non-exempt employees are required to enter all hours worked in WorkBrain. This allows us to satisfy the government's recordkeeping requirements, and will also ensure proper payment for all hours worked, including the proper payment of overtime (including overtime premium). The approval of your hours will be handled by your Branch Manager or another member of the group/regional management team. Details on our timekeeping policies may be found on the attached Timekeeping Memorandum.

19. **Will I still be able to sync my emails onto my personal cellphone or personal device?**
    No. We do not wish for you to sync your emails with your personal cellphone or mobile device. As we continue to work to improve work life balance, this is yet another step in the right direction. If there is an urgent need for someone to reach you, or for you to reach someone after normal work hours, you may certainly do so by phone. We ask that you review and respond to any emails while you are at the branch during normal working hours.

20. **When I need time off, how will that be handled?**
    You will continue to request vacation and time off within WorkBrain. You will also continue to coordinate any scheduling changes or needs with your immediate manager. Because we are required to maintain accurate records of the hours you work following this change, it is important that you clock in and clock out to reflect when you are and are not working.

21. **Will I still be responsible for approving, and have the ability to approve, timesheets?**
    If you currently have such responsibility, that will remain unchanged.

22. **Will my vacation or choice time be calculated any differently?**
    There will be no changes to how your vacation and choice time will be calculated. When you take a paid day off, you will receive 10.6 hours of pay for the day.