# EXHIBIT 40

## OPT-IN CONSENT FORM

<u>Bah et. al. v. Enterprise Holdings, Inc. et al.</u>,
C.A. No. 1:17-cv-12542, U.S. District Court, District of Massachusetts

Complete and return to:   Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (833) 779-3029
Fax: (617) 994-5801
Maria Cedeno, Paralegal
EnterpriseLawsuit@llrlaw.com
www.llrlaw.com

Name: justin Harrison

Address: [redacted]
ansted wv 25812

Telephone: [redacted] (home) [redacted] (cell)

E-Mail: [redacted]

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.      I understand that this lawsuit is brought, in part, under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I work/worked as an assistant branch manager for Enterprise from on or about may 2014 (month, year) to on or about April 2015 (month, year) in Beckley wv (city, state). Prior to November 27, 2016, I was classified as exempt from overtime, and I was not paid overtime for hours I worked beyond 40 per week.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _[signature]_____   Date Signed: 07/26/2022