# United States Court of Appeals
## For the First Circuit

No. 24-1126

KYLE KWOKA, as representative of the opt in plaintiffs for addressing the issues now on appeal; CAROLINA LOPEZ, as representative of the opt in plaintiffs for addressing the issues now on appeal,

Plaintiffs, Appellants,

MAMADOU ALPHA BAH, individually and on behalf of all other similarly situated individuals,

Plaintiff,

v.

ENTERPRISE RENT A CAR COMPANY OF BOSTON, LLC; ENTERPRISE HOLDINGS, INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: June 18, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment, which decertified a conditionally certified class of "similarly situated" employees in this Fair Labor Standards Act representative action and dismissed with prejudice as untimely the claims of those who had opted in to the action, is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Shannon Erika Liss-Riordan, Thomas P. Fowler, Barry J. Miller, Jason Craig Schwartz, Joshua Seth Lipshutz, Hillary J. Massey, Jacob T. Spencer, Ryan C. Stewart, Amalia Elizabeth Reiss, Kelly Ann Skowera, Philip J. Gordon