# United States Court of Appeals
## For the First Circuit

No. 24-1126

KYLE KWOKA, as representative of the opt-in plaintiffs for addressing the issues now on appeal; CAROLINA LOPEZ, as representative of the opt-in plaintiffs for addressing the issues now on appeal,

Plaintiffs - Appellants,

MAMADOU ALPHA BAH, individually and on behalf of all other similarly situated individuals,

Plaintiff,

v.

ENTERPRISE RENT-A-CAR COMPANY OF BOSTON, LLC; ENTERPRISE HOLDINGS, INC.,

Defendants - Appellees.

**MANDATE**

Entered: July 10, 2025

In accordance with the judgment of June 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thomas P. Fowler, Philip J. Gordon, Joshua Seth Lipshutz, Shannon Erika Liss-Riordan, Hillary J. Massey, Barry J. Miller, Amalia Elizabeth Reiss, Jason Craig Schwartz, Kelly Ann Skowera, Jacob T. Spencer, Ryan C. Stewart